No. 00–9268. IN RE WILLIAMS;

No. 00–9326. IN RE RAULERSON; and

No. 00–9338. In re Pardue. Petitions for writs of habeas corpus denied.